IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02185-MSK-CBS

SAFIA GELETU GISHU,

    Plaintiff,

v.

PETER D. KEISLER,
Acting Attorney General of the United States,
ROBERT MUELLER III,
Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF,
Secretary of the Department of Homeland Security,
EMILIO GONZALEZ,
Director, United States Citizenship and Immigration Services, and
ROBERT MATHER,
Denver District Director, United States Citizenship and Immigration Services,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Stipulated Motion to Vacate Scheduling Conference (*doc. no. 8)* is **GRANTED**. However, the Court would like to meet with parties at the time originally set for a scheduling conference. Accordingly, it is further

    ORDERED that the scheduling conference set for **December 28, 2007** is **CONVERTED** into a telephonic status conference. Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

    Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Order (*doc. no. 8)* dated November 6, 2007.

**DATED:**    December 21, 2007